**No. 45429.**—Protests 951981–G, etc., of Chong Lung & Co. et al. (New York).

Opinion by Evans, J.   In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 72, C. D. 372) certain items were held dutiable at 10 percent under paragraph 34 as drugs, advanced, and other items were held free of duty as crude drugs under paragraph 1669.